TRINETTE G. KENT (State Bar No. 025180)
3219 E Camelback Road, #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiffs,
Debbie Bowling

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debbie Bowling,<br><br>Plaintiff,<br><br>vs.<br><br>Midland Credit Management, Inc.,<br><br>Defendant. | Case No.: 4:19-cv-00544-RCC<br><br>**STIPULATION OF DISMISSAL** |

# **STIPULATION OF DISMISSAL**

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed in its entirety with prejudice and with each side to bear its own attorneys' fees and costs.

| Plaintiff | Defendant |
|---|---|
| __/s/ Trinette G. Kent | __/s/ Brett B. Larsen |
| TRINETTE G. KENT<br>Lemberg Law, LLC<br>3219 E Camelback Road, #588<br>Phoenix, AZ 85018<br>tkent@lemberglaw.com<br>Attorney for Plaintiff | BRETT B. LARSEN<br>Hinshaw & Culbertson LLP<br>2375 East Camelback Rd, Suite 750<br>Phoenix, AZ 85016<br>BLarsen@hinshawlaw.com<br>Attorney for Defendant |